**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE:  CONFLICT OF INTEREST OF THE    :   No. 125 EM 2019
OFFICE OF THE PHILADELPHIA    :
DISTRICT ATTORNEY    :
   :
   :
PETITION OF:  MAUREEN FAULKNER,    :
WIDOW OF DECEASED POLICE OFFICER    :
DANIEL FAULKNER    :
   :

## ORDER

**PER CURIAM**

**AND NOW,** this 24th day of February, 2020, the Application for Leave to File Supplement to King's Bench Petition is **GRANTED**.  The Philadelphia District Attorney's Application to Withdraw an Exhibit from its Response to the King's Bench Petition is **DENIED**.

The King's Bench Petition is **GRANTED** insofar as this Court exercises jurisdiction over this matter.  A final ruling on the merits of the petition is deferred.  By further order, this Court shall appoint a special master to investigate the matters referenced in the King's Bench Petition herein and to make recommendations to this Court.

All pending matters related to the underlying criminal case, *Commonwealth v. Wesley Cook, a/k/a Mumia Abu-Jamal*, No. 290 EDA 2019; CP-51-CR-0113571-1982, are **STAYED** pending further action from this Court.

Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.